1130

No. 78–878.   GILMARTIN ET AL. v. BOARD OF DENTAL EX-AMINERS OF CALIFORNIA.   Ct. App. Cal., 3d App. Dist.   Certiorari denied.

No. 78–898.   F. C. Y. CONSTRUCTION & EQUIPMENT CO., INC., ET AL. v. HARRISON, INC., ET AL.   Ct. App. Ariz.   Certiorari denied.

No. 78–902.   SHOPMEN'S LOCAL UNION No. 455, INTER-NATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL & ORNA-MENTAL IRON WORKERS, AFL–CIO v. NATIONAL LABOR RE-LATIONS BOARD ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 78–922.   MEDICAL THERAPY SCIENCES, INC., ET AL. v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 78–963.   LONDE v. UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 78–969.   CHARLES ET AL. v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 78–976.   TAYLOR v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 78–996.   PERL v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 78–5556.   SMITH v. MARYLAND.   Ct. App. Md.   Certiorari denied.

No. 78–5569.   THOMAS v. UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 78–5575.   OKOROHA v. UNITED STATES.   C. A. 8th Cir. Certiorari denied.